N. D. Q. SPECIALTY CORPORATION, Appellant, v. CYPRESS NOVELTY CORPORATION, ANTHONY W. KRIEG and MATHIAS J. REISERT, Respondents.— Order granting defendants' motion for a bill of particulars modified by striking out paragraph 4 and adding after paragraph 6 a provision that in furnishing such bill of particulars the plaintiff may give a general description of the facts about which information is sought in the items without disclosing its secret formulæ and process of manufacture. As so modified the order is affirmed, without costs; the bill of particulars to be served within ten days after entry of the order hereon. Order granting in part examination of the defendants before trial modified by inserting therein item 4 of the order to show cause, but striking from such item the words, "and the extent of such business;" by inserting therein item 5 of the order to show cause, but striking from such item the part thereof after the word "rabbits;" by inserting therein item 6 of the order to show cause, but striking from such item the words, "and if so, the nature and materials of such candleholders;" and by inserting therein item 7 of the order to show cause, but striking from such item the words, "and if so, the nature and extent of such business;" and adding the words, "but the defendants are not required to disclose any secret formula of their own or to describe any machine of their own design." The order is further modified to provide that the examination be had before an official referee to the end that secret formulæ of either party may not be disclosed except as legitimately necessary. As so modified the order is affirmed, without costs, on the authority of *Griffin Mfg. Co., Inc.,* v. *Gold Dust Corp., No. 2* (245 App. Div. 385). The examination will be held on five days' notice. Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.

MARSELIS C. PARSONS, Appellant, v. THE RYE NATIONAL BANK and Others, Respondents.— Action to cancel a bond, mortgage and note executed and delivered by plaintiff to the defendant bank, as being void and without consideration and to recover $1,147.92 interest paid thereon. Judgment for the defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

OLGA PETERSON, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant, and CHARLES HANDFORD, Defendant.— Order denying motion to vacate and set aside the service of a jury demand and to direct that the action be set down for trial by the court without a jury affirmed, with ten dollars costs and disbursements, on the authority of *New York Investors, Inc.,* v. *Laurelton Homes, Inc.* (230 App. Div. 712); *Whitton Automotive Parts Co.* v. *Yale Electric Corporation* (231 id. 836); *Lawlor* v. *Cohen* (234 id. 713). Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.